UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

DAREESE DAVON HEWLETT,

**INDICTMENT**

    Defendant.
_____/

The Grand Jury charges:

## COUNT 1
**(Felon in Possession of a Firearm)**

From on or about May 22, 2022, through on or about June 21, 2022, in Muskegon County, in the Southern Division of the Western District of Michigan,

DAREESE DAVON HEWLETT,

knowing he had previously been convicted of one or more crimes punishable by imprisonment for a term exceeding one year, knowingly possessed a loaded Glock 17 9-millimeter pistol (sn: BHZX643), and the firearm was in and affecting commerce.

Before DAREESE DAVON HEWLETT committed the offense charged in this count, he had at least three previous convictions for a violent felony, a serious drug offense, or both, committed on occasions different from one another.

18 U.S.C. § 922(g)(1)

18 U.S.C. § 921(a)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 924(e)

# COUNT 2
## (Possession of a Machinegun)

On or about June 21, 2022, in Muskegon County, in the Southern Division of the Western District of Michigan,

DAREESE DAVON HEWLETT

knowingly possessed a firearm, knowing it was a machinegun, namely a loaded Glock 17 9-millimeter pistol (sn: BHZX643) with a conversion device.

18 U.S.C. § 922(o)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 921(a)(23)
26 U.S.C. § 5845(b)

## COUNT 3
**(Felon in Possession of a Firearm)**

On or about July 6, 2022, in Muskegon County, in the Southern Division of the Western District of Michigan,

DAREESE DAVON HEWLETT,

knowing he had previously been convicted of one or more crimes punishable by imprisonment for a term exceeding one year, knowingly possessed a loaded 9-millimeter Sarsilmaz B6 pistol (sn: T110221E56483), and the firearm was in and affecting commerce.

Before DAREESE DAVON HEWLETT committed the offense charged in this count, he had at least three previous convictions for a violent felony, a serious drug offense, or both, committed on occasions different from one another.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 921(a)
18 U.S.C. § 924(a)(8)
18 U.S.C. § 924(e)

## FORFEITURE ALLEGATION
**(Felon in Possession of a Firearm)**

The allegations contained in Counts 1 and 3 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Upon conviction of the offenses in violation of 18 U.S.C. § 922(g)(1) set forth in Counts 1 and 3 of this Indictment,

DAREESE DAVON HEWLETT

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the offense, including, but not limited to, a Glock 17 9-millimeter pistol (sn: BHZX643) with an attached conversion device, a 9-millimeter Sarsilmaz B6 pistol (sn: T110221E56483), and the ammunition that was loaded in each firearm.

18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)
18 U.S.C. § 922(g)(1)

A TRUE BILL

_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
JONATHAN ROTH
Assistant United States Attorney